

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00302-CR

MATTHEW RYAN LUJAN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1229560D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Matthew Ryan Lujan pleaded true to the State's motion to adjudicate his guilt in exchange for five years' confinement and now attempts to appeal. On July 30, 2014, we notified appellant that the trial court's certification of his right to appeal stated that this is a plea-bargain case and that he has no right of appeal, and we informed him that unless he or any party desiring to

---

[1]See Tex. R. App. P. 47.4.

continue the appeal filed with the court, on or before August 11, 2014, a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. p. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 18, 2014

2